IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

KENNETH MILLS,

    Plaintiff,      No. CIV S-04-0252 FCD KJM P

    vs.

RODERICK Q. HICKMAN, et al.,

    Defendants.      <u>ORDER</u>

                              /

        On August 29, 2006, plaintiff filed a request for an order to show cause. This civil rights action was closed on June 21, 2004. Plaintiff is advised that documents filed by plaintiff since the closing date will be disregarded and no orders will issue in response to future filings.

DATED: September 27, 2006.

                              UNITED STATES MAGISTRATE JUDGE

/mp
mill0192.58